**Exhibit A to the Complaint**

**Location:** Brooklyn, NY  
**Total Works Infringed:** 37  
**IP Address:** 108.29.70.25  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: CCF640BE0F22EDFFA9A663CAF10C58DAFF0F7291<br>File Hash: 302D8E587237A608442ABBB835E6496B29280BD0D18E9997F623E4F4E6FF138C | 10-01-2021 05:03:27 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 2 | Info Hash: A98B919CC1533CAE523CAFFD685F081F76795914<br>File Hash: 960C0F6EC48DE7B3694E521F123FDE3BB8213D344915BA1C6494CC096D79D029 | 09-06-2021 07:56:41 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 3 | Info Hash: 5845D3D8530911963BD289C07AD7D241DEB9F034<br>File Hash: 9DF8198E31B6B594B6D0F2E43262C8AEB894EE1438CFEB12DE477E98E3113438 | 09-03-2021 01:04:24 | Blacked | 08-28-2021 | 09-21-2021 | PA0002312681 |
| 4 | Info Hash: 46CA93AFA14271571A631415B20065417ADA1EE5<br>File Hash: 4491531E1415A18A5CE460CD1A5A17FC6BA7708895E8DF280AFC43BC2296B5ED | 08-15-2021 10:29:02 | Blacked | 07-24-2021 | 09-21-2021 | PA0002312682 |
| 5 | Info Hash: 12A99808A140787E996465A4E0FF5CEE81E1B235<br>File Hash: ADF52846FDA2D0B5E56E954ABF6BEDC4B2EBD1C155979440218310D60C0FF4D2 | 08-06-2021 09:16:36 | Tushy | 03-07-2021 | 03-22-2021 | PA0002282503 |
| 6 | Info Hash: 1298F063782983D727828876369D5BBECDA59BD8<br>File Hash: 9D3CC147078BF10D237E420B280AF5B8C9DE38D212CAE4AA0580DA88DF36C039 | 07-22-2021 07:21:26 | Blacked | 06-12-2021 | 07-08-2021 | PA0002300659 |
| 7 | Info Hash: F1E8E40B9082FAE2F594FF8C66B57DE04CD2C1DB<br>File Hash: A589853FE589838D31AFFDAEA90FDE0BE0A9010F94DA2DA8824EAC909D852127 | 07-09-2021 17:00:01 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |
| 8 | Info Hash: 7EEF7233C8C4FB9F9700A542A31BBBA1330EA202<br>File Hash: A7091159B44677D67259A1F4B2557514BA8D00DD40119D85CC5B6F3553A536AC | 06-04-2021 10:21:13 | Blacked Raw | 05-03-2021 | 06-15-2021 | PA0002296918 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 73FF56417B80001A7B359B7AD950366EA706DF13<br>File Hash: EDBBA2130B528B643297E287CBD82189A1FFD31C0F9FA6A943D45F021911BA7A | 06-01-2021 12:02:46 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 10 | Info Hash: 6831A1863C6FD4CD376C9510214A80E13179B926<br>File Hash: 43B07ECB3C010034090696CAAE13F539561FAA1D1B29A51AB18BED7912811314 | 05-31-2021 08:21:23 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 11 | Info Hash: A20E3EE0978ECEE915C378D7117B7F48898E3729<br>File Hash: 862BEBF2B44FB2C6532993ADF797E366FEE37CA3299F1ACBBC5EBF5A71C74E9C | 05-10-2021 18:16:47 | Blacked | 04-24-2021 | 04-27-2021 | PA0002288981 |
| 12 | Info Hash: F436716E467358A87CA812C874AD4FBE443ACD9C<br>File Hash: 5A9629BD9998889373B3711AE73D36AA68B5493EED9C8A9F6343DCED00AFFE51 | 04-27-2021 00:29:24 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 13 | Info Hash: 724B637D9AD85A90C48E95BF3200FE11B4520420<br>File Hash: ABD1CF9BE94C07E7BA99AD39BA2A1F827B3E71F1677F7CFC5C5731EEFFC66D57 | 02-06-2021 10:18:59 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |
| 14 | Info Hash: 3D04CB0CE738558A4622603B3D95E3CC65FA5DA4<br>File Hash: 659ADF72BD7D1D3287E75B65E5A79BF5D3296FB6625F0D71AB979FDFB525BD69 | 01-29-2021 09:02:55 | Blacked Raw | 01-25-2021 | 02-09-2021 | PA0002276145 |
| 15 | Info Hash: 9DFB2B28348D2D9F5CEE9E2B3D6B412C0A037F67<br>File Hash: 83CA17C0119571E11B4A3870A466DF2DF140E9DF6908DF2875BB600BF158DA60 | 01-11-2021 10:33:46 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 16 | Info Hash: E94C6C84F8CB699DC6A5BEAF48D1409C03D3A09A<br>File Hash: EED64CB65161A021598703F22CDCA5D24EA9C70C1B9F038BAFD55B5271A7786E | 11-30-2020 09:18:00 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 17 | Info Hash: FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9<br>File Hash: 4D2854BA411686AAE8016C70FC4069BB3DAFC98CE09D501E044B032EF5879205 | 10-25-2020 09:34:55 | Vixen | 08-07-2018 | 09-05-2018 | PA0002135684 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 53DD9DA9E0B24B4961098D0683C348309445E260<br>File Hash: 3002D9E0CED03E51D4E8365767F09942B9625B1791D889AFE490113BAF34F82E | 10-25-2020 09:33:26 | Vixen | 12-25-2018 | 01-22-2019 | PA0002147901 |
| 19 | Info Hash: FC737FCE7A9548867EF99172A2951C431AA74E03<br>File Hash: B5E86EEBB2CF368BE09B3B094531A43227C492A789F82F0C087CAA730C2C7F61 | 10-25-2020 09:31:12 | Blacked | 10-22-2019 | 11-05-2019 | PA0002210294 |
| 20 | Info Hash: 9A00DC56773A2DAF8A9BFE17C2984A51122FB78E<br>File Hash: FBC4A307DFC7F19702E7F160ED53E04D9C37036D235F55A57AD3E47384A11A2A | 10-25-2020 09:29:30 | Blacked | 09-17-2018 | 10-16-2018 | PA0002127778 |
| 21 | Info Hash: 8964815B3EE407A3EBFECD69C9A66DF0EFAA05A3<br>File Hash: A404C4B8F66F1C6C6DA9E343BD7284ACCF468243D2AE64E4053DD9675ADF39B3 | 10-25-2020 09:25:37 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |
| 22 | Info Hash: D9261D3722C161272619A45A80E6F849B0BC63B5<br>File Hash: 9272236D752743F64E074A94ECCD8E592FB3F4520DD24DD9BEFF5878C22DC176 | 10-25-2020 09:24:20 | Blacked Raw | 11-18-2018 | 12-10-2018 | PA0002146476 |
| 23 | Info Hash: 70E290BA761A02F954B46C202A914AF2EBA424A0<br>File Hash: 4DE4E1DE98D652627ADEEA7C33F67F8B4602B868ED5754F0AA823CA7FE03BB96 | 10-04-2020 05:32:15 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 24 | Info Hash: 5B688164813D5322EE27359355CBF7233F9C15A2<br>File Hash: 6D4F689F0D70E1DB29AF47F577AFEFA19C6260A7E08B4D5E75414BD3EF8A16B9 | 09-29-2020 04:07:17 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |
| 25 | Info Hash: C7B9E04D1B4A48BA8521CD2A63D8E0C433228F5B<br>File Hash: 944EE729ECA9231D5A144C73793D40EB4EAB660D3FC94D1A4207EDA1EFF90E16 | 09-17-2020 09:13:34 | Blacked Raw | 09-14-2020 | 09-29-2020 | PA0002258688 |
| 26 | Info Hash: 47365B31B7686F2653AA3BD794798E981E8EF0E1<br>File Hash: 400282296C0B501AB8384682184510E5D0C4055777FCA56052F41ED538F3FA6D | 09-15-2020 10:43:40 | Vixen | 05-22-2020 | 06-22-2020 | PA0002245640 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: E11A1E9101E1B91DE9CE8EFBAE3ADF3B367EF862<br>File Hash: 497BACBB40344F2F603F96CB10AA606CA1AD9DEEEC152FF1A8960302C7B18C29 | 09-07-2020 01:19:53 | Blacked Raw | 05-04-2020 | 05-19-2020 | PA0002241475 |
| 28 | Info Hash: BA4548E157820A3DF2C7D690EA08DB61F12C949A<br>File Hash: 95514F92F5CF9A316B04E53BA54298EF21933141B0FACE94D8C1B7C7EE95CE39 | 09-07-2020 01:19:49 | Blacked Raw | 02-06-2020 | 02-20-2020 | PA0002229053 |
| 29 | Info Hash: 5DC2FDD94F0BEA0D820D57FE5F07334D76DE35BB<br>File Hash: 7AFC811A17D0B351422F3044B7887AB7B344719DB2065EAFBA4C5005D3D9FD45 | 09-07-2020 01:19:49 | Blacked Raw | 03-02-2020 | 04-17-2020 | PA0002246105 |
| 30 | Info Hash: 80E9CAC1E720AB9582E62C20E8848A8818DDA639<br>File Hash: 22B57247E454AB8E9E32855D24EA11EA890D5C0A7616185A171EDEE44281AAF0 | 09-07-2020 01:12:42 | Blacked Raw | 05-25-2020 | 06-22-2020 | PA0002245633 |
| 31 | Info Hash: 94AEBB55591B13E4DF57924E1A6BEDD3AF8FBC39<br>File Hash: 00D4B0BBD23AE482ADBD7378FCE41F6AD7BEFB9AAB8EC77B8D96282E052878E0 | 09-07-2020 01:10:23 | Blacked Raw | 07-20-2020 | 08-11-2020 | PA0002252263 |
| 32 | Info Hash: DD701587F84C83A98A63659BA6D5AA6AD091FCEB<br>File Hash: E4211F88F7907D3FAE144FDC186FD5C0159E173F09D8D47C008F22CD1FC36137 | 09-06-2020 23:13:07 | Blacked Raw | 06-22-2020 | 07-16-2020 | PA0002248579 |
| 33 | Info Hash: 6229A46061DD5D276C062B9721B97E5DA749B83C<br>File Hash: A2E83859A467A52DCED461E190B52409267364C6E1E8BE65A8DAEDE1BA2671AA | 09-06-2020 23:11:37 | Blacked Raw | 07-06-2020 | 07-20-2020 | PA0002248962 |
| 34 | Info Hash: 15703C64531B7F3820339C06473B13AB5FC50979<br>File Hash: D4CCC3F901BCC7E6E808078BDD2C1A5A072F48CB12874A84763DB3794B0A7FDD | 09-06-2020 23:10:48 | Blacked Raw | 08-24-2020 | 09-05-2020 | PA0002255474 |
| 35 | Info Hash: 1D9FF6F075BEF79FAFEEEEC09BB7B0837C36B977<br>File Hash: E828175113A643F802D7B205E5C35D0997F17837871D1D1EF19C822587BEA4A4 | 09-06-2020 23:10:36 | Blacked Raw | 07-27-2020 | 08-11-2020 | PA0002252262 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 4B284A0C691291B7047185928CAAD62C0D415773<br>File Hash: 55BB78E76408827995311BEA5542CDD4F8EC08CF2B61ECF44084537217280AA0 | 09-01-2020 08:58:24 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 37 | Info Hash: D5A7BA6BBA046AB1FA10FD54403E1B0EBA9E0B27<br>File Hash: 1C8768781A154D8E268DB0527F5AA8261B25442B32615EAE22EE318720EB4111 | 08-18-2020 05:21:11 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |